**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 11, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00521-CR

## IN RE EDWARD R. NEWSOME, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 441673**

## MEMORANDUM OPINION

Relator Edward R. Newsome filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. Relator seeks to challenge his 1986 conviction for unauthorized use of a motor vehicle, asserting that he has newly discovered evidence. This court affirmed relator's conviction in 1988, and the Texas Court of Criminal Appeals refused his petition for discretionary review. *See Newsome v. State*, No. C14-87-00048-CR, 1988 WL

26430 (Tex. App.—Houston [14th Dist.] 1988, pet. ref'd) (not designated for publication). Therefore, relator's conviction is final.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to final post-conviction felony proceedings. *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). Relator asserts that he filed a petition for writ of mandamus on or about May 20, 2013, in the Texas Court of Criminal Appeals, but he has not been notified that his petition was received. He also asserts that he filed a notice of appeal in the Texas Court of Criminal Appeals on March 28, 2013, and no action has been taken.

It appears that relator is seeking to compel action by the Texas Court of Criminal Appeals. This court lacks jurisdiction to grant mandamus relief against the Texas Court of Criminal Appeals. *See* Tex. Gov't Code § 22.221(d).

Accordingly, we dismiss relator's petition for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.
Do Not Publish — Tex. R. App. P. 47.2.